UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Applicant,

      v.

TERRENCE LEGALL,

                Respondent.

17-MC-0291 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the fact that Mr. LeGall appears to have complied fully with the SEC's subpoena, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    August 11, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge